STEPHEN LEWIS DALY. PETITIONER-RESPONDENT, v. EDWARDS ENGINEERING CORP., RESPONDENT-APPEL-LANT.

Argued October 6, 1969—Decided October 20, 1969.

*Mr. George J. Kenny* argued the cause for appellant (*Messrs. Pindar, McElroy, Connell & Foley,* attorneys).

*Mr. Abram Simon* argued the cause for respondent (*Messrs. Simon & Simon,* attorneys).

———

PER CURIAM. The judgment is affirmed generally for the reasons expressed in the opinion of the Appellate Division.

*For affirmance*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, SCHETTINO and HANEMAN—6.

*For reversal*—Justice HALL—1.